UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 18-CV-23413

ANDRES GOMEZ, on his own and on behalf of all other individuals similarly situated,

        Plaintiff,

vs.

LAMUSE CAFÉ EPIC, L.L.C., a limited liability company.

        Defendant.

## DEFENDANT LAMUSE CAFÉ EPIC, L.L.C.'S
## REPORT ON ADA REMEDIATION STATUS

Defendant, LaMuse Café Epic, L.L.C submits this Report in compliance with the Court's Order directing Defendant to report regarding remediation efforts by Defendant under the Americans With Disabilities Act, 42 U.S.C. § 12101 et seq. ("ADA"), [DE 5].

Defendant reserves its rights to plead to the merits of the Complaint and to raise any matters of defense or avoidance to which it is entitled. In submitting this Report, Defendant does not waive any rights or defenses, procedural or substantive, and the filing of the Report is not intended as an admission of liability, nor may its contents be used for any purpose other than satisfying the purposes of the Court Order.

Defendant reports the following in response to the enumerated directives of the Court:

1. Defendant intends to remediate the alleged deficiencies identified in the Complaint, if such deficiencies exist.

2. Defendant has engaged in discussions with ADA Site Compliance, L.L.C. to audit the alleged deficiencies to create a remediation plan. See Exhibit A – Statement of Work.

3. Defendant anticipates that the audit and any remediation will be completed within one year.

4. Defendant agrees to pay reasonable attorney's fees in connection with this action, as determined by the Court.

5. Defendant respectfully request this Court to order Plaintiff's attorney to render his client fee and representation agreement, as well as the attorney's time sheets, to aide this Court in determining reasonable attorney's fees up to this point.

Respectfully submitted,

            **THE HARRIS LAW FIRM GROUP, P.A.**
            Citigroup Center
            201 South Biscayne Blvd., Suite 2650
            Miami, Florida 33131
            Tel.: 305.536.6131
            Fax: 305.536.6130

By:    **/s/ Robert N. Harris**
       Robert Newton Harris, Esq.
       Fla. Bar No.: 87671
       robert@harrislawinfo.com
       lruiz@harrislawinfo.com
       marra@harrislawinfo.com

## CERTIFICATE OF SERVICE

**HEREBY CERTIFY** that on October 19, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on Jessica Kerr, Esq., at jkerr@advocacypa.com, The Advocacy Group, 333 Las Olas Way Unit CU3-31, Fort Lauderdale, Florida 33301.

By:  **/s/ Robert N. Harris**
Robert Newton Harris, Esq.
Fla. Bar. No.: 87671
robert@harrislawinfo.com